















```
TML    6/4/02    13:19
3:02-M -01252   USA V. DOMINGO
*2*
*CRFTAPMO.*
```

USA v. Domingo                                           3:02-m -01252

Magistrate Judge Brooks

Ridwaan Domingo [1]    attorney   Federal Defenders  - pda

DOA: 6/3/02 [1]

>   Enter Order by Magistrate Judge Ruben B. Brooks; first appearance of Ridwaan Domingo on cmp; Attorney Federal Defenders appointed; financial afdt to be provided to the Court by 6/18/02;Dft Ridwaan Domingo informed of charges; USA oral motion for detention as to defendant Ridwaan Domingo (risk of flight and danger); preliminary exam set for 9:00 6/18/02 for Ridwaan Domingo before Mag Judge Ruben Brooks; detention hearing set for 10:15 6/7/02 for Ridwaan Domingo before Mag Judge Ruben Brooks; Court Reporter: RBB02-1:2848-4393

date: 6/4/02                            _____
                                        by TML

END OF FORM

2.