















ANDY    7/9/02    9:38

3:02-CR-01555   USA V. DOMINGO

*10*

*CRMDFT.*

1 | JAMES W. WESSEL, ESQ.
ANBAR, WESSEL & ASSOCIATES
2 | 505 W. Washington Ave. Suite B
Escondido, California 92025
3 | Telephone: (760) 745-5320
Attorney Bar No: 82905
4
Attorney for Defendant
5 | **RIDWAAN DOMINGO**

6

7 | UNITED STATES DISTRICT COURT

8 | SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,     ) Crim. Case No.: **02cr1555-W**
                                       )
11 |        Plaintiff,                   ) **NOTICE OF MOTION AND**
                                        ) **MOTION FOR DISCOVERY;**
12 | v.                                        ) **FOR PRESERVATION OF**
                                        ) **EVIDENCE AND OFFICER**
13 | **RIDWAAN DOMINGO,**         ) **ROUGH NOTES/REPORTS;**
                                        ) **AND FOR RULE 404(b) EVIDENCE**
14 |                                         )
       Defendant.               ) Date: July 22, 2002
15 | _____ ) Time: 2:00 p.m.

16 | TO: PATRICK O'TOOLE, UNITED STATES ATTORNEY:

17 |      PLEASE TAKE NOTICE that defendant, **RIDWAAN DOMINGO**, by and through his counsel,

18 | JAMES W. WESSEL, will move this Court for an order compelling the Government to provide pretrial

19 | discovery.

20 | <u>MOTION TO COMPEL DISCOVERY</u>

21 |      Defense counsel has received some discovery in this case. However, because Mr. Domingo

22 | believes that there may be other discovery outstanding, she moves for the production by the government

23 | of the following items. This request is not limited to those items that the prosecutor knows of, but rather

24 | includes all discovery listed below that is in the custody, control, care, or knowledge of any "closely

25 | related investigative [or other] agencies" under <u>United States v. Bryan</u>, 868 F.2d 1032 (9th Cir.), <u>cert.</u>

26 | <u>denied</u>, 493 U.S. 858 (1989).

27

28



1     This motion based upon the attached memorandum of points and authorities, all pleadings and

2 documents on file in the case and on such other evidence or testimony that may be adduced at the time

3 of the hearing.

4

5 Dated: 7/5/02

                              JAMES W. WESSEL

                              Attorney for Defendant

                              **RIDWAAN DOMINGO**